Harlan J. LARRIVEE, etc., Appellant

v.

Richard Alfred EDWARDS.

No. 17394.

United States Court of Appeals
Eighth Circuit.

July 17, 1963.

Richard J. O'Brien and Walter W. Laidlow, Minneapolis, Minn., for appellant.

Nathan A. Cobb and Charles A. Bassford, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant on motion of appellee.

Webster PAIGE, Petitioner, Appellant,

v.

UNITED STATES of America,
Respondent, Appellee.

No. 6122.

United States Court of Appeals
First Circuit.

June 11, 1963.

Webster Paige, pro se, on brief for appellant.

W. Arthur Garrity, Jr., U. S. Atty., and William J. Koen, Asst. U. S. Atty., on brief for appellee.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

PER CURIAM.

The order of the district court will be affirmed on the memorandum opinion of Judge Wyzanski dated February 11, 1963.

218 F.Supp. 400. See Green v. United States, 273 F.2d 216, 217 (C.A. 1, 1959), affirmed on other grounds 365 U.S. 301, 81 S.Ct. 653, 5 L.Ed.2d 670 (1961).

Clifford WEST, Appellant

v.

AMERICAN COMMERCIAL BARGE LINE CO.

No. 17232.

United States Court of Appeals
Eighth Circuit.

June 28, 1963.

Douglas MacLeod, St. Louis, Mo., S. Eldridge Sampliner, Cleveland, Ohio and Harvey Goldstein, New York City, for appellant.

Armin M. Johnson, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.